**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ricardo Thornton, | Case No. 2:25-cv-01930-JAD-MDC |
|     Plaintiff | |
| v. | **Order Granting Request for Voluntary Dismissal** |
| L.V.M.P.D., et al., | ECF Nos. 1, 4, 6, 7 |
|     Defendants | |

Plaintiff Ricardo Thornton brought this civil-rights case to redress what he claims are constitutional-rights violations by Officer Brandstetter during a September 18, 2025, exchange. Thornton now moves to voluntarily dismiss this lawsuit, explaining that it was prematurely filed.[1]

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without prejudice "before the opposing party serves either an answer or a motion for summary judgment."[2]  Because process has not yet been served, a Rule 41(a)(1) voluntary dismissal remains available.

IT IS THEREFORE ORDERED that Thornton's request for voluntary dismissal **[ECF No. 7] is GRANTED.  THIS CASE IS DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1).  All other pending motions and applications **[ECF Nos. 1, 4, 6] are DENIED as moot.** The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 21, 2026

---

[1] ECF No. 7.

[2] Fed. R. Civ. P. 41(a).